LIVERMON v. BRIDGETT

No. 686P85.

Case below: 77 N.C. App. 533.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

N. C. COASTAL MOTOR LINE, INC. v. EVERETTE TRUCK LINE, INC.

No. 681P85.

Case below: 77 N.C. App. 149.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.

REID v. DURHAM HERALD COMPANY

No. 639P85.

Case below: 76 N.C. App. 680.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

RIVENBARK v. SOUTHMARK CORP.

No. 675P85.

Case below: 77 N.C. App. 225.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 January 1986.

STATE v. APOSTOLOPOULOS

No. 697P85.

Case below: 77 N.C. App. 459.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 January 1986.